**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAYTON HARRIS,<br>Plaintiff,<br>v.<br>COMPTON UNIFIED SCHOOL DISTRICT,<br>Defendant. | No. ED CV 25-1743-DMG (SSCx)<br><br>**JUDGMENT** |

On August 10, 2026, this Court having granted Defendant's motion to dismiss,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Compton Unified School District and against Plaintiff Payton Harris and that this action is dismissed.

**IT IS SO ORDERED.**

DATED: August 10, 2026

Dolly M. Gee
DOLLY M. GEE
Chief United States District Judge